FILED

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust, | No. 13-15125 |
| | D.C. No. 2:12-cv-02065-GMN-VCF |
| Plaintiff - Appellant, | |
| v. | MEMORANDUM[*] |
| CITIMORTGAGE, INC.; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted June 17, 2013[**]

Before: HAWKINS, GOULD, and WATFORD, Circuit Judges.

Andrea Gale appeals the district court's denial of her request for preliminary

injunctive relief against Citimortgage, Inc. and other mortgage entities. We have

jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude that the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council*, 555 U.S. 7, 24 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED**.